# EXHIBIT B

5/23/23, 6:55 AM    Nexon MMORPG title V4 Now Supports Cross-platform Play!

Case 2:23-mc-00037-JCC    Document 33-2    Filed 05/23/23    Page 2 of 8

NEWS  REVIEWS  INTERVIEWS  SISTER SITES     

Home > All

# Nexon MMORPG title V4 Now Supports Cross-platform Play!

 by **Lucas** — 3 years ago   0   0

in **All**, **Android**, **Anime**, **iOS**, **Mobile Games**, **News**, **PC**    Reading Time: 2 mins read



Share on Facebook    Share on Twitter    Share on Telegram

Share on Whatsapp

Nexon had held a press conference for its new and upcoming MMORPG title V4 which will be available for PC, Android and iOS. **V4** is the latest work of NAT games who did the titles HIT and OVERHIT, and is the company's first MMORPG title.

【V4】Media Trailer



During the launch, Nexon and NAT officials introduced the main system for V4 and it has been revealed that pre-registrations will be available now!

Related **Posts**

---

**Follow us on Facebook**

**Follow our Youtube Channel**


GamerBraves
YouTube    18K

**Subscribe to our Newsletter**

Type your email…    Subscribe

≡ substack

**FEATURES**



**Nexon authorized vertical screen RPG "MapleStory R: Evolution" is open for Pre-registration in the store**

BY **LUCAS**    ◷ MAY 18, 2023    💬 0

▸ [Guide] Aether Gazer – Tier List

▸ Tears of Themis Limited Time Event Featuring Pets Releasing Later This Week







According to Mr. Keita Nakanishi who is the General Manager of the second division of Nexon, he said that "it is not difficult to succeed in MMORPGs for mobile phones in Japan today".

#### Follow us on Twitter

Follow @GamerBraves

#### and Tweet us

Tweet to @GamerBraves

The company has been focusing in mobile apps for the past five years, but it seems that they have learned a lot from various experiences, including failures.

V4 now supports not only on mobile phones but also for PCs. Nexon has many years of operation experience in MMORPG titles for PC, and said that V4, which carries out cross-platform development, is a title that can make the most of the experience cultivated so far.

V4 is advocating "true MMORPG", and Shimamura, who is in charge of the operations director of V4 cites **"Massive", "Guild"** , and **"Inter Server World"** as three core keywords .



### How Zelda: Breath of The Wild Made Its Open World So Much More Approachable

BY **ALEX DAUD BRIGGS**   ⏱ MAY 12, 2023   💬 **0**













**Massive** is said to be an unpredictable story weaved by a large number of players, and **Guild** is said to share experiences with peers through relationships that are not mechanical connections, but it can be said that the last **Inter Server World** is distinctive.

Each server in V4 is divided into two areas: "Silnas" in the normal area and "Lunatra" where player characters of other servers can also come and go. Lunatra has a gate called "Dimensional Boundary", and from there , you can move to another server, Lunatra .





For more information about the game, players can check out their official Twitter page.

Download

**V4 (Victory For)**

Developer: Nexon

Release Date TBC

Android, iOS, Microsoft Windows

Raise your weapon and deal critical damage across a gorgeous open world in the newest cross-platform MMORPG! Explore a breathtaking world rendered in exquisite detail, customize your character exactly the way you desire, and level up your gear to prepare for massive battles across dimensions! Will you bring peace? Or war? Enter the world of V4 and discover victory beyond boundaries!



# Check This Out Next

Making Censored Designs Work | GamerBraves Explains



| Tags: | Android | Cross-platform | iOS | PC | V4 |

Share        Tweet        Share        Send

**Previous Post**

Blasphemous: Stir Of Dawn Available Now

**Next Post**

Take up the mantle, you're an Avenger now. Marvel's Avengers Beta Impressions



Lucas

Weeb extraordinaire and consumer of anime and games. I tend to lean towards turn-based strategy games such as the mainline Pokemon series and Fire Emblem. Currently addicted to the critically acclaimed MMORPG FFXIV Online.

**Related Posts**



GUIDES

[Guide] Aether Gazer – Tier List

 MAY 23, 2023

NEWS

Tears of Themis Limited Time Event Featuring Pets Releasing Later This Week

 MAY 23, 2023

NEWS

Eggy Party Global Release Announced During NetEase Connect 2023

 MAY 23, 2023



Case 2:23-mc-00037-JCC   Document 33-2   Filed 05/23/23   Page 8 of 8

## Discussion about this post

**0 comments**                                                                                   Sort by **Oldest**

Add a comment...

Facebook Comments Plugin

© 2016 - 2023 Digital Braves Media Group Sdn Bhd                    About GamerBraves  /  Contact Us  /  Privacy Policy