# EXHIBIT F

BUSINESS REPORT
TO SHAREHOLDERS

January 1 to December 31, 2011



Stock Code: 3659

# NEXON Co., Ltd. was listed on the first section of the Tokyo Stock Exchange on December 14, 2011.





President's Message

# No.1 Global Entertainment Company
## Globalization+Creativity

I am very pleased to be reporting our first financial results as a listed company. As you know, NEXON Co., Ltd. ("Nexon") went public on the first section of the Tokyo Stock Exchange on December 2011. I am very grateful since this was entirely thanks to the support we have received from all of you. It was an honor for us to achieve this important milestone in the history of our company, and I want to extend my heartfelt welcome to our new shareholders to participate in Nexon's growth.

Under the management philosophy "Globalization and Creativity— We are connecting the world via the development of creative entertainment," our company's business vision is to become the number one Global Entertainment Company by delivering original games that provide great value globally. With our operations headquartered in Japan, we are implementing this policy by expanding our business to countries throughout the world.

As of the end of December 2011, Nexon had more than 50 games in more than 100 countries worldwide, either directly or through partnerships in each country. As an organization focused on steady growth and high returns, we will remain focused on expanding our free-to-play online games business globally.

Please give us your continued support and encouragement.

Seungwoo Choi,
President and Chief Executive Officer

2

About NEXON

Business Strategy

## To globally offer our players fun and entertaining experiences through our free-to-play online games.

Online games are steadily expanding their visibility as a new kind of entertainment particularly suited to today's world. The business strategy of our group is to provide game players everywhere with the greatest fun and most immersive and engaging experiences via free-to-play online games.

We are applying this fundamental policy into practice. With due consideration of regional characters, and with our past success as a benchmark, we believe that our group will be able to achieve steady growth through the core strategic initiatives listed below.

1. Enhancing and extending our existing game franchises
2. Broadening our portfolio through new game introductions
3. Expanding geographically
4. Bringing our games to new platforms and devices such as as smartphones
5. Building the Nexon brand globally

Through the implementation of these initiatives we aim to achieve stable, ongoing expansion of corporate scale as we continue to pursue a level of originality unique to our company.

### Globalization

Global business expansion

Global Nexon brand building

### Creativity

Enhancing and extending our existing game franchises

Broadening our portfolio through new game introductions

Bringing our games to new platforms and devices

*Free-to-play ("F2P"): A business model in which basic services (gameplay) are provided to players free of charge. Under this model, fees are charged when points, items and incidental services are purchased.

3

# About NEXON

## Business Model

## Ongoing success as a game development, distribution and management company — F2P business model (free basic play; fees for items) —

### Self-distribution model
Games developed by the group are distributed directly to players along with supporting services. We are pleased to achieve success primarily with free-to-play (free basic play; fees for items).

### License granting model
License agreements are conducted with distribution companies outside the group and distribution rights are granted. Our group provides game content updates and technical support on an ongoing basis, and we collect royalties from distribution companies.

### License distribution model
License agreements are conducted with game development companies outside the group and distribution rights are obtained. The game developer provides game content updates and technical support on an ongoing basis, and our group companies pay royalties.



Note: As a general matter, we only grant local exclusive licenses with a specific game title for any given country.

4

Business Model

# About NEXON

## Overseas Business

## Becoming a worldwide entertainment enterprise as a global fun leader

Through a wide range of game-centered entertainment businesses, we aim to lead the entertainment culture by providing the greatest fun and most immersive and engaging experiences for game players everywhere. As a highly original and innovative game creator, as a leading entertainment provider giving top priority to customer value and as a business partner committed to success, Nexon is determined to be a global fun leader. Moving forward, we will continue to grow into an internationally acclaimed comprehensive entertainment company with outstanding originality, a can-do spirit and customer-centric thinking.

### Overseas Subsidiaries



**NEXON Europe S.A.R.L.**  Established in November 2010
http://www.nexoneu.com/

**NEXON Korea Corporation**  Established in December 1994
http://www.nexon.com/

**GameHi Co., Ltd.**  Established in November 1993
http://www.gamehi.net/

**NDOORS Corporation**  Established in September 1999
http://www.ndoors.com/

**Neople Inc.**  Established in April 2001
http://www.neople.co.kr/

**NEXON America Inc.**  Established in September 2005
http://www.nexon.net/

**Number of titles distribution by Country**
(As of Dec. 31, 2011)

- China: 10
- North America: 17
- Japan: 28
- South Korea: 41

5

# Online Games

Responding to the increasing diversity of player needs,
we offer a portfolio of game titles covering a rich range of genres

## Main Contents



Copyright © 2009 NEXON Korea Corporation and NEXON Co.,Ltd. All Rights Reserved.

### MapleStory

A 2D side-scrolling action MMORPG with service provided in more than 60 countries in Asia, North America, South America and Europe. Utilizing a free-to-play business model, this is one of our company's most popular online games.



Copyright © 2009 NEXON Korea Corporation and NEXON Co., Ltd. All Rights Reserved.

### Dungeon & Fighter

A side-scrolling action Role-Playing Game (RPG) featuring convenient play, dynamic visuals and an arcade game feel. Players can enjoy wielding the special skills of their characters by forming a party with multiple players.



Copyright © 2008 NEXON Korea Corporation and NEXON Co., Ltd. All Rights Reserved.

### Mabinogi

A Massively Multiplayer Online Role-Playing Game (MMORPG) featuring a warm and deeply nuanced worldview with ancient Celtic myths and folk tales as a motif. This game's popularity stems from its distinctive and appealing characters and for a level of story depth unusual in online games.

## New Contents



Copyright © 2011 NEXON Korea Corporation All Rights Reserved.
Copyright © 2011 NEXON Co., Ltd. All Rights Reserved.

### Vindictus

Following four years of production, Vindictus was the first online action RPG using a source engine. For distinctive action game fun, it combines a highly realistic feel with background graphics generated by a physics engine.



Copyrights © NEOPLE Co., Ltd. All rights reserved.

### Cyphers

A third-person action RPG with a science fiction worldview. As characters with supernatural abilities, players use simple mouse and key operations to enjoy wielding amazing skills not found in past games. Cyphers received the Korean Game Awards Grand Prize and Popularity Prize in November of 2011.

## Mobile



### Mobile games

Nexon is introducing mobile games for feature phones, smartphones and tablet platforms that have been gaining popularity in recent years. Not just relying on existing intellectual property, we are also developing and distributing new games on new platforms.

Online Games

6

# Financial Highlights (Consolidated Result)

|  | Dec. 2008 | Dec. 2009 | Dec. 2010 | Dec. 2011 |
|---|---|---|---|---|
| Revenue (Millions of yen) | 40,219 | 51,572 | 69,781 | 87,613 |
| Ordinary income (Millions of yen) | 12,019 | 22,351 | 28,479 | 36,905 |
| Net income (Millions of yen) | 8,290 | 17,659 | 21,638 | 25,755 |
| Total assets / net assets (Millions of yen) | 75,996 / 27,059 | 94,530 / 45,895 | 123,717 / 66,904 | 235,765 / 177,886 |
| Equity ratio (%) | 35.4 | 48.3 | 50.5 | 73.8 |
| Net income per share (yen) | 23.49 | 50.04 | 61.32 | 71.65 |

### Revenue (Millions of yen)



### Ordinary income (Millions of yen)

### Net income (Millions of yen)



### Total assets/net assets (Millions of yen)

総資産　純資産



### Equity ratio (%)



### Net income per share (yen)

*Amount is rounded down to the nearest million yen.

Note: The company effected a 1:100 stock split on July 21, 2011. The above per share data are adjusted to reflect the stock split.

Financial Highlights

7

# Operating Performance

Providing high quality service to a wide range of players, we are aggressively acquiring superior franchises that will suit the tastes of our diversified player base, and we are moving forward with the enhancement of existing titles and the distribution of new titles

## 2011 Annual Results

On a consolidated basis for fiscal year of 2011, we are pleased that Nexon delivered solid earnings performance as well as growth in all of our key financial metrics. Specifically, we continued to make progress in our basic player metrics: number of registrations, player engagement and profitability. We believe that these results show the following: the success of our F2P (free basic play; fees for items) business model; our ongoing success as an online game development, distribution and management company; and the further expansion of the scope of our business.

For this fiscal year, our consolidated results were: revenue ¥87,613 million (an increase of 25.6% year-over-year), operating income ¥38,249 million (an increase of 26.7% year-over-year), ordinary income ¥36,905 million (an increase of 29.6% year-over-year) and net income ¥25,755 million (an increase of 19.0% year-over-year).

## 2012 Business Outlook

We will continue to expand our corporate scale under a basic business policy of strengthening existing games and introducing new games in regions worldwide.
Our forecasted consolidated results for the fiscal year ending December 2012 are: revenue ¥102,086 million (an increase of 16.5% year-over-year), operating income ¥45,259 million (an increase of 18.3% year-over-year), ordinary income ¥45,850 million (an increase of 24.2% year-over-year) and net income ¥33,516 million (an increase of 30.1% year-over-year). (The forecasted exchange rates used were 14.70 South Korean won against Japanese yen and US dollar against 77 Japanese yen.)

Breakdown Ratio of Regional Revenue
(as of Dec. 31, 2011)





| | |
|---|---|
| ■ China | 37.4% |
| ■ South Korea | 32.7% |
| ■ North America and others | 15.0% |
| ■ Japan | 14.9% |

New and Existing Title Ratio
■ New titles   ■ Existing titles



8

# Condensed Consolidated Financial Statement

## Consolidated Balance Sheet (Millions of yen)

| Accounts Item | | As of December 31, 2010 | As of December 31, 2011 |
|---|---|---|---|
| **Assets** | | | |
| | Current assets | 47,233 | 150,722 |
| | Noncurrent assets | 76,483 | 85,043 |
| | Property, plant and equipment | 7,403 | 16,016 |
| | Intangible assets | 56,086 | 44,074 |
| | Investments and other assets | 12,994 | 24,952 |
| Total assets | | 123,717 | 235,765 |
| **Liabilities** | | | |
| | Current liabilities | 22,171 | 24,562 |
| | Noncurrent liabilities | 34,641 | 33,316 |
| | Total liabilities | 56,812 | 57,878 |
| **Net assets** | | | |
| | Shareholders' equity | 74,473 | 191,219 |
| | Capital stock | 4,245 | 50,300 |
| | Capital surplus | 4,107 | 50,162 |
| | Retained earnings | 66,120 | 90,757 |
| | Total accumulated other comprehensive income | △11,960 | △17,239 |
| | Minority interests | 4,022 | 3,451 |
| | Subscription rights to shares | 368 | 455 |
| | Total net assets | 66,904 | 177,886 |
| **Total liabilities and net assets** | | 123,717 | 235,765 |

## Consolidated Statements of Income (Millions of yen)

| Accounts Item | From January 1, 2010 to December 31, 2010 | From January 1, 2011 to December 31, 2011 |
|---|---|---|
| Net sales | 69,781 | 87,613 |
| Cost of sales | 11,922 | 14,948 |
| Gross profit | 57,858 | 72,665 |
| Selling, general and administrative expenses | 27,675 | 34,415 |
| **Operating income** | 30,183 | 38,249 |
| Non-operating income | 2,042 | 2,652 |
| Non-operating expenses | 3,746 | 3,997 |
| **Ordinary income** | 28,479 | 36,905 |
| Extraordinary income | 1,960 | 540 |
| Extraordinary losses | 1,157 | 1,944 |
| Income before income taxes and minority interests | 29,282 | 35,500 |
| Total income taxes | 7,939 | 9,953 |
| Income before minority interests | — | 25,547 |
| Minority interests in loss | △295 | △208 |
| **Net income** | 21,638 | 25,755 |

## Consolidated statements of cash flows (Millions of yen)

| Accounts Item | From January 1, 2010 to December 31, 2010 | From January 1, 2011 to December 31, 2011 |
|---|---|---|
| Operating activities | 34,046 | 39,762 |
| Investing activities | △29,366 | △29,486 |
| Financing activities | 2,871 | 83,499 |
| Effect of exchange rate change on cash and cash equivalents | △3,972 | △650 |
| Net increase in cash and cash equivalents | 3,578 | 93,125 |
| Cash and cash equivalents at beginning of period | 20,894 | 24,473 |
| Cash and cash equivalents at end of period | 24,473 | 117,598 |

Case 2:23-mc-00037-JCC   Document 33-6   Filed 05/23/23   Page 12 of 13

# Corporate Overview & Shares Information

### Corporate Profile (as of December 31, 2011)

| | |
|---|---|
| Corporate Name | NEXON Co., Ltd. |
| Founded | December 18, 2002 |
| Location | 3-1, Shinkawa, 2-chome, Chuo-ku, Tokyo 104-0033 Tel.03-3523-7911 |
| Paid-in Capital | ¥50,300 million |
| Number of employees (Stand-alone) | 227 |
| Average age | 31.7 |
| Business | •Portal site planning and management •Online game development and services •Publishing business |

### Board of Directors (as of December 31, 2011)

| | |
|---|---|
| President and Chief Executive Officer | Seungwoo Choi |
| Director | Jiwon Park |
| Director | Owen Mahoney |
| Director | Min Seo |
| Director | Kyungtaek Han |
| Director | Jungju Kim |
| Statutory Auditor | Toshishige Tanaka |
| Statutory Auditor | Iwao Ohtomo |
| Statutory Auditor | Ryoji Mori |

### Corporate Shares Information (as of December 31, 2011)

| | |
|---|---|
| Number of authorized shares | 1,400,000,000 |
| Number of shares issued | 426,132,900 |
| Number of shareholders | 26,807 |

### Major Shareholders (Top 10 as of December 31, 2011)

| Name | Number of Shares | Ownership |
|---|---|---|
| NXC Corporation | 231,631,400 | 54.36% |
| NXMH B.V.B.A. | 38,020,000 | 8.92% |
| CBHK-KOREA SECURITIES DEPOSITORY-SAMSUNG | 26,278,400 | 6.17% |
| Min Seo | 11,857,500 | 2.78% |
| KIM SANG BEOM | 8,900,000 | 2.09% |
| NXMH B.V. | 8,349,200 | 1.96% |
| Lee Seung Chan | 6,184,400 | 1.45% |
| STATE STREET BANK AND TRUST COMPANY | 5,585,493 | 1.31% |
| GOLDMAN, SACHS & CO. REG | 4,832,100 | 1.13% |
| The Foundation for children's Library Culture Development | 4,000,000 | 0.94% |

### Shareholder Breakdown (as of Dec. 31, 2011)



- Securities houses 673,000 (0.16%)
- Other corporate entities 2,667,000 (0.63%)
- Financial institutions 6,133,000 (1.44%)
- Individuals and others 28,206,000 (6.62%)
- Foreign corporate entities, etc. 388,451,000 (91.15%)

*Amounts of less than one thousand are rounded down to the nearest thousand.

## IR Information

| | |
|---|---|
| Fiscal Year | From January 1 to December 31 |
| Annual General Meeting of Shareholders | March |
| Record date | December 31 |
| Dividend record dates | June 30 and December 31 |
| The number of shares per unit | 100 shares |
| Shareholder Registry Administrator | Sumitomo Trust & Banking Co., Ltd.<br>5-33, Kitahama 4-chome, Chuo-ku, Osaka |
| Contact | Sumitomo Trust & Banking Co., Ltd.,<br>Stock Transfer Agency Department<br>1-10, Nikko-cho, Fuchu-shi, Tokyo 183-8701<br>0120-176-417 |
| Method for public notices | Electronic public notice is to be used. However, under the situation that an accident or other unavoidable circumstances make it impossible to use an electronic public notice, the notice will be published in *Nihon Keizai Shimbun*.<br>Public notices URL http://company.nexon.co.jp/introduction/top.aspx/ |

Note: The shareholder registry administrator is to be changed to the organization shown below as a result of the merger of Sumitomo Trust & Banking Co., Ltd. that effective on April 1, 2012

| | |
|---|---|
| Shareholder Registry Administrator | Sumitomo Mitsui Trust Bank, Limited<br>4-1, Marunouchi 1-chome, Chiyoda-ku, Tokyo |
| Contact | Sumitomo Mitsui Trust Bank, Limited,<br>Stock Transfer Agency Business Planning Department<br>1-10, Nikko-cho, Fuchu-shi, Tokyo 183-8701<br>0120-176-417 |



**NEXON Co., Ltd.**   3-1, Shinkawa, 2-chome, Chuo-ku, Tokyo 104-0033

www.nexon.co.jp