The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WOLFIRE GAMES, LLC et al., <br><br> Plaintiffs, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | Case No. 2:23-mc-00037-JCC <br><br> **JOINT NOTICE OF WITHDRAWAL OF NEXON AMERICA INC.'S MOTION TO QUASH (DKT. #3)** |

NEXON AMERICA INC. ("NAI) by and through its undersigned counsel of record, hereby withdraws its Amended Motion to Quash Subpoena by Non-Party Nexon America Inc. (Dkt. 3), which is noted for the Court's consideration on June 14, 2023, and is currently pending before the Court. This Notice of Withdrawal is being filed pursuant to LCR 7(l).

Valve does not oppose withdrawal and joins in this Notice.

JOINT NOTICE OF WITHDRAWAL OF PENDING MOTION
(2:23-MC-00037-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

DATED this 14th day of June, 2023.

| PCFB ATTORNEYS AT LAW | FOX ROTHSCHILD LLP |
|---|---|
| *s/ Jared L. Cherry*<br>Jared L. Cherry (*pro hac vice* forthcoming)<br>4001 South 700 East, Suite 500<br>Salt Lake City, UT 84107<br>Ph. 801-935-4932<br>Fax: 801-935-4936<br>Email: jared@pcfblaw.com<br><br>*Attorneys for Nexon America Inc.* | *s/ Gavin W. Skok*<br>Gavin W. Skok, WSBA #29766<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>Ph. 206-624-3600<br>Fax 206-389-1708<br>Email: gskok@foxrothschild.com<br><br>Peter Breslauer (*pro hac vice*)<br>MONTGOMERY McCRACKEN<br>   WALKER & RHOADS LLP<br>1735 Market Street, 21st Floor<br>Philadelphia, PA 19103-7505<br>Ph. 215-772-1500<br>Fax 215-731-3733<br>Email: pbreslauer@mmwr.com<br><br>*Attorneys for Defendant Valve Corporation* |

JOINT NOTICE OF WITHDRAWAL OF PENDING MOTION
(2:23-MC-00037-JCC) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600